# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS CARRICATO**, | : | **CIVIL ACTION NO. 4:10-CV-1655** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **WILLIAM GANGELOFF** and | : | |
| **TROOPER "JOHN DOE"**, | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this 20th day of October, 2010, upon consideration of defendant's motion for partial judgment on the pleadings (Doc. 7), and noting plaintiff's concurrence therewith, it is hereby ORDERED that said motion is GRANTED. Plaintiff's state law claims for assault and battery are hereby DISMISSED.

                                            S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge